**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02468-CMA-BNB

SACHA LEBER,

    Plaintiff,

v.

A-1 COLLECTION AGENCY LBLTY CO.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 18) signed by the attorneys for the parties hereto, it is

ORDERED that all claims of Plaintiff against Defendant are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

DATED: March   15  , 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge